

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVE D. BLANCHARD,<br><br>　　　　　Defendant. | Case No. 6:18-PO-5012-JCL<br><br>VIOLATION: FAJI002N, FAJI002M, FAJI002L<br><br>DISPOSITION CODE: PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated July 17, 2018, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $675.00 to $150.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $150.00, which has been paid in full.

DATED this 29th day of January, 2019.

_Jeremiah C. Lynch_
JEREMIAH C. LYNCH
United States Magistrate Judge